UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BOXART, INC., et al,

                    Plaintiff(s)

                                                    25 civ 10396 (JGK)

          -against-

JACOBS FAMILY ADVISORS, LLC, et al,
                              Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference for Thursday, April 16, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 9, 2026