UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOXART, INC., ET AL.,

                    Plaintiffs,            25-cv-10396 (JGK)

     - against -                           ORDER

JACOBS FAMILY ADVISORS, LLC, ET
AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

Friday, May 15, 2026.


SO ORDERED.

Dated:    New York, New York
          May 1, 2026

                                    _____
                                        John G. Koeltl
                              United States District Judge