ECFUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOXART INC., ET AL.,

                    Plaintiffs,                    25-cv-10396 (JGK)

          - against -                              Order

JACOBS FAMILY ADVISORS, LLC, ET
AL.,

                    Defendants.

---

**John G. Koeltl, District Judge:**

The Court previously directed the parties to submit a Rule 26(f) report by May 15, 2026. That deadline has passed, and no report has been filed. The deadline for the parties to submit a Rule 26(f) report is extended to Tuesday, **May 26, 2026**. Failure to submit a Rule 26(f) report by that deadline could result in this case being dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          May 18, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge